NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Mark Kleiman (SBN115919)
mark@krlaw.us
Pooja Rajaram (SBN 241777)
pooja@krlaw.us
KLEIMAN RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA 90025
Tel: 310-392-5455 / Fax: 310-306-8491

ATTORNEY(S) FOR: David S. Phillips and Ben Chaib



FILED
CLERK, U.S. DISTRICT COURT

6/20/24

CENTRAL DISTRICT OF CALIFORNIA
BY: _____eee_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States ex rel David S. Phillips and Ben Chaib | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:24-cv-05214-SB-RAOx |
| v. | |
| Los Angeles Film School, LLC; Full Sail, LLC, d/b/a Full Sail University; James W. Heavener; Diana Dercyz-Kessler; Paul Kessler; and Does 1-10 Defendant(s) | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiffs/Relators David S. Phillips and Ben Chaib_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| United States of America | Real Party in Interest |
| David S. Phillips | Plaintiff/Relator |
| Ben Chaib | Plaintiff/Relator |
| | |
| Los Angeles Film School, LLC | Defendant |
| Full Sail, LLC d/b/a Full Sail University | Defendant |
| James W. Heavener | Defendant |
| Diana Derycz-Kessler | Defendant |
| Paul Kessler | Defendant |

June 20, 2024
Date

Signature /Mark Kleiman

Attorney of record for (or name of party appearing in pro per):

David S. Phillips and Ben Chaib