Case 2:24-cv-05214-SB-RAO   Document 11   Filed 03/04/25   Page 1 of 6   Page ID #:92

FILED
CLERK, U.S. DISTRICT COURT
3/4/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___LFA___ DEPUTY

YAAKOV ROTH
Acting Assistant Attorney General
Civil Division
JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
ROSS M. CUFF
Assistant United States Attorney
Chief, Civil Fraud Section
S. DESMOND JUI (SBN 262200)
Assistant United States Attorney
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    T: (213) 894-3551 | F: (213) 894-7819
    E-mail: sheng-wen.jui@usdoj.gov
JAMIE ANN YAVELBERG
ALLISON CENDALI
ALLISON C. CARROLL
Attorneys, Civil Division
United States Department of Justice
    175 N Street NE, Room 9.105
    Washington, DC 20002
    T: (202) 305-1006
    Email: allison.c.carroll@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>    Plaintiff(s),<br><br>v.<br><br>**[UNDER SEAL]**,<br><br>    Defendant(s). | No. 2:24-CV-05214-SB-RAOx<br><br>**SEALED DOCUMENT**<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |

1  YAAKOV ROTH
   Acting Assistant Attorney General
2  Civil Division
   JOSEPH T. MCNALLY
3  Acting United States Attorney
   DAVID M. HARRIS
4  Assistant United States Attorney
   Chief, Civil Division
5  ROSS M. CUFF
   Assistant United States Attorney
6  Chief, Civil Fraud Section
   S. DESMOND JUI (SBN 262200)
7  Assistant United States Attorney
        Room 7516, Federal Building
8       300 N. Los Angeles Street
        Los Angeles, California 90012
9       T: (213) 894-3551 | F: (213) 894-7819
        E-mail: sheng-wen.jui@usdoj.gov
10 JAMIE ANN YAVELBERG
   ALLISON CENDALI
11 ALLISON C. CARROLL
   Attorneys, Civil Division
12 United States Department of Justice
        175 N Street NE, Room 9.105
13      Washington, DC 20002
        T: (202) 305-1006
14      Email: allison.c.carroll@usdoj.gov

15 Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DAVID S. PHILLIPS and BEN CHAIB,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES FILM SCHOOL, LLC; FULL SAIL UNIVERSITY; JAMES W. HEAVENER; DIANA DERYCZ-KESSLER; PAUL KESSLER; and DOES 1-10,<br><br>Defendants. | No. 2:24-CV-05214-SB-RAOx<br><br>STIPULATION REQUESTING EXTENSION OF SEAL AND UNITED STATES' ELECTION PERIOD<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: (1) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF STIPULATION REQUESTING EXTENSION OF SEAL AND UNITED STATES' ELECTION PERIOD; DECLARATION OF S. DESMOND JUI IN SUPPORT |

1

THEREOF; (2) EXHIBIT A TO JUI DECLARATION; (3) [PROPOSED] ORDER EXTENDING SEAL AND UNITED STATES' ELECTION PERIOD]

IT IS HEREBY STIPULATED AND AGREED by and between the *qui tam* plaintiffs David S. Phillips and Ben Chaib ("Relators") and the United States of America ("United States"), through their respective attorneys of record and subject to the approval of the Court, that:

1. The United States shall have an additional six months, to and including September 3, 2025, within which to file its notice of election regarding intervention in this action pursuant to 31 U.S.C. § 3730(b)(4); and

2. Pursuant to 31 U.S.C. § 3730(b)(3), the Complaint and all other papers filed or lodged in this action shall remain sealed to and including September 3, 2025.

The reasons for this request are set forth in the Memorandum of Points and Authorities and Declaration filed concurrently herewith.[1]

Respectfully submitted,

Dated: March 3, 2025         KLEIMAN/RAJARAM

/s/ *Mark Kleiman*
Mark Kleiman

*Attorneys for Plaintiffs/Relators*
DAVID S. PHILLIPS and
BEN CHAIB

---

[1] Federal Rule of Civil Procedure 5(a) does not require this Stipulation, the [Proposed] Order lodged herewith, or the Supporting Memorandum and Declaration filed herewith to be served upon Relator.

2

| | | |
|---|---|---|
| 1 | Dated: March 3, 2025 | YAAKOV ROTH |
| 2 | | Acting Assistant Attorney General |
| | | Civil Division |

Dated: March 3, 2025

YAAKOV ROTH
Acting Assistant Attorney General
Civil Division
JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
ROSS M. CUFF
Assistant United States Attorney
Chief, Civil Fraud Section
JAMIE ANN YAVELBERG
ALLISON CENDALI
ALLISON C. CARROLL
Attorneys, Civil Division

/s/ *S. Desmond Jui*
S. DESMOND JUI
Assistant United States Attorney

*Attorneys for the United States of America*

## FILER'S L.R. 5-4.3.4 ATTESTATION

I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 3, 2025      /s/ *S. Desmond Jui*
                          S. DESMOND JUI

DECLARATION RE LACK OF NECESSITY FOR PROOF OF SERVICE

I, Sheng-Wen Desmond Jui, declare:

1. I am the Assistant United States Attorney who has been assigned responsibility for handling the above-captioned action. I am a member of the Bar of the State of California, and admitted to practice before this Court. The following is based on my personal knowledge.

2. I have examined Federal Rule of Civil Procedure ("Rule") 5(a), which provides as follows:

> (a) Service: When Required.
> 
> (1) In General. Unless these rules provide otherwise, each of the following papers must be served on every party:
> 
> (A) an order stating that service is required;
> 
> (B) a pleading filed after the original complaint, unless the court orders otherwise under Rule 5(c) because there are numerous defendants;
> 
> (C) a discovery paper required to be served on a party, unless the court orders otherwise;
> 
> (D) a written motion, except one that may be heard ex parte; and
> 
> (E) a written notice, appearance, demand, or offer of judgment, or any similar paper.
> 
> (2) If a Party Fails to Appear. No service is required on a party who is in default for failing to appear. But a pleading that asserts a new claim for relief against such a party must be served on that party under Rule 4.
> 
> (3) Seizing Property. If an action is begun by seizing property and no person is or need be named as a defendant, any service required before the filing of an appearance, answer, or claim must be made on the person who had custody or possession of the property when it was seized.

3. The list of documents set forth in Rule 5(a)(1) does not include the

1 document to which this Declaration is attached.  The said document also is not a
2 pleading that asserts "a new claim for relief" against any "party who is in default for
3 failing to appear."  (Rule 5(a)(2).)  Nor was the above-captioned action "begun by
4 seizing property."  (Rule 5(a)(3).)  Therefore, I believe that Rule 5(a) does not require
5 the document to which this Declaration is attached to be served upon any party that has
6 appeared in the above-captioned action.
7  I declare under penalty of perjury that the foregoing is true and correct.
8  Executed on March 3, 2025, in Los Angeles, California.

10  /s/ *S. Desmond Jui*
11  S. DESMOND JUI