Case 2:24-cv-05214-SB-RAO   Document 15   Filed 05/06/25   Page 1 of 5   Page ID #:119

FILED
5/6/2025
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___LFA___ DEPUTY

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JACK D. ROSS
Assistant United States Attorney
Chief, Civil Fraud Section
S. DESMOND JUI (SBN 262200)
Assistant United States Attorney
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    T: (213) 894-3551 | F: (213) 894-7819
    E-mail: sheng-wen.jui@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. **[UNDER SEAL]**,<br><br>       Plaintiff(s),<br><br>       v.<br><br>**[UNDER SEAL]**,<br><br>       Defendant(s). | No. 2:24-CV-05214-SB-RAOx<br><br>**SEALED DOCUMENT**<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JACK D. ROSS
Assistant United States Attorney
Chief, Civil Fraud Section
S. DESMOND JUI (SBN 262200)
Assistant United States Attorney
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    T: (213) 894-3551 | F: (213) 894-7819
    E-mail: sheng-wen.jui@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DAVID S. PHILLIPS and BEN CHAIB,<br><br>    Plaintiffs,<br><br>    v.<br><br>LOS ANGELES FILM SCHOOL, LLC; FULL SAIL UNIVERSITY; JAMES W. HEAVENER; DIANA DERYCZ-KESSLER; PAUL KESSLER; and DOES 1-10,<br><br>    Defendants. | No. 2:24-CV-05214-SB-RAOx<br><br>NOTICE BY THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME AND REQUESTING PARTIAL UNSEALING OF CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER RE: UNSEALING OF CASE] |

On March 4, 2025, the Court issued its Order Extending Seal and United States's Election Period, granting the United States ("United States" or "the Government") an additional 60 days, to and including May 2, 2025, within which to file its notice of election regarding intervention in this action pursuant to 31 U.S.C. § 3730(b)(4) and stating that the Government should not expect a further continuance. Dkt. 14 at 1, 2. The Government's investigation is not complete and, as such, the Government is not able to decide as of the Court's deadline whether to proceed with this action. Accordingly, the Government respectfully notifies the Court that it is not intervening at this time.

Although the Government is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the *qui tam* plaintiffs David S. Phillips and Ben Chaib ("Relators") to maintain this action in the name of the United States, provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the Government requests that, should either Relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties provide the Government with notice of the same, and the Court provide the Government with an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the Government requests that all pleadings filed in this action be served upon the Government. The Government also requests that orders issued by the Court in this action be sent to the Government's counsel. The Government reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of this action or any claims therein. The Government also requests that it be served with all notices of appeal in this action.

Finally, the Government requests that Relators' complaint, this Notice, and the accompanying proposed Order be unsealed. The Government further requests that all other papers filed or lodged to date in this action should remain permanently under seal because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the Government's investigation, and, thereby, evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is lodged concurrently herewith.

Respectfully submitted,

Dated: May 2, 2025

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JACK D. ROSS
Assistant United States Attorney
Chief, Civil Fraud Section

/s/ S. Desmond Jui
S. DESMOND JUI
Assistant United States Attorney

*Attorneys for the United States of America*

**PROOF OF SERVICE BY E-MAIL**

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012:

On May 2, 2025, I served the NOTICE BY THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME AND REQUESTING PARTIAL UNSEALING OF CASE on each person or entity named below by email pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

Date of emailing: May 2, 2025. Place of emailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom emailed:

Mark Kleiman
mark@krlaw.us
KLEIMAN / RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA 90025

*Attorneys for Relator*

I declare that I am a member of the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 2, 2025, at Los Angeles, California.

    /s/ *S. Desmond Jui*
    S. DESMOND JUI

3