Case 2:24-cv-05214-SB-RAO   Document 16   Filed 05/06/25   Page 1 of 2   Page ID #:124

FILED
CLERK, U.S. DISTRICT COURT
5/6/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___LFA___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DAVID S. PHILLIPS and BEN CHAIB,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES FILM SCHOOL, LLC; FULL SAIL UNIVERSITY; JAMES W. HEAVENER; DIANA DERYCZ-KESSLER; PAUL KESSLER; and DOES 1-10,<br><br>Defendants. | No. 2:24-CV-05214-SB-RAOx<br><br>ORDER RE: UNSEALING OF CASE |

The United States of America ("United States"), having filed a Notice that it is not intervening at this time in the above-captioned action ("this action") pursuant to 31 U.S.C. § 3730(b)(4)(B), and having also filed a request to partially unseal the case, the Court now orders as follows:

IT IS ORDERED THAT:

1. The seal is lifted from this action in all respects, except as specified in Paragraph 3 below. The Complaint is unsealed and the relators shall serve it upon the defendants;

2. This Order and the Notice by the United States that It is Not Intervening at This Time and Requesting Partial Unsealing of Case are both unsealed, and the relators shall serve both upon the defendants with the Complaint;

3. All other contents of the Court's file in this action, filed and lodged to date, shall remain temporarily under seal. The government requests that the remaining filings should remain sealed because they were "provided by law to the Court alone for the sole purpose of discussing the content and extent

of the Government's investigation, and, thereby, evaluating whether the seal and time for making an election to intervene should be extended." This request is overbroad. For example, it is unclear why the notice of assignment of the case to this Court should remain under seal. Dkt. No. 3. Nor is it clear why the civil standing order, available on the Court's website, should remain under seal. Dkt. No. 7. Accordingly, the United States and relators shall review the docket and no later than May 16, 2026, shall file (1) a statement, which may be filed under seal, identifying each docket entry they maintain must remain under seal, together with an explanation of the need for its sealing, and (2) a proposed order unsealing all docket entries that they agree need not be sealed and permanently sealing only those docket entries for which they have shown a necessity to seal;

4. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order;

5. The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States as provided for in 31 U.S.C. § 3730(c)(3); and

6. Should the relators or defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States with notice of the same and the Court will provide the United States with an opportunity to be heard before ruling or granting its approval.

Dated: May 6, 2025



Stanley Blumenfeld, Jr.
United States District Judge