UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DAVID S. PHILLIPS and BEN CHAIB,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES FILM SCHOOL, LLC; FULL SAIL UNIVERSITY; JAMES W. HEAVENER; DIANA DERYCZ-KESSLER; PAUL KESSLER; and DOES 1-10,<br><br>Defendants. | No. 2:24-CV-05214-SB-RAOx<br><br>ORDER RE UNSEALING OF CASE |

The United States having filed a notice that it is not intervening at this time in the above-captioned action pursuant to 31 U.S.C. § 3730(b)(4)(B), and the United States and *qui tam* plaintiffs David S. Phillips and Ben Chaib having stipulated to the unsealing of the case with certain exceptions, the Court hereby ORDERS as follows:

1. Dkt Nos. 1–5, 7–8, 10–11, and 14 are unsealed.
2. Dkt Nos. 9, 12–13, and 17 are permanently sealed.

Dated: May 16, 2025

Stanley Blumenfeld, Jr.
United States District Judge

1