David E. Mills
1299 Pennsylvania Ave NW
Suite 700
Washington, DC 2004-2400

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DAVID S. PHILLIPS and BEN CHAIB,<br><br>Plaintiff(s)<br>v.<br>LOS ANGELES FILM SCHOOL, LLC et al.,<br><br>Defendant(s). | CASE NUMBER<br>2:24-CV-05214-SB-RAOx<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Mills, David E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 842-7800
*Telephone Number*

(202) 842-7899
*Fax Number*

dmills@ccooley.com
*E-Mail Address*

of

Cooley LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004-2400
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
LOS ANGELES FILM SCHOOL, LLC; FULL SAIL, LLC d/b/a FULL SAIL UNIVERSITY; JAMES W. HEAVENER
*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Dupler, Ellie R.
*Designee's Name (Last Name, First Name & Middle Initial)*

337607
*Designee's Cal. Bar No.*

(213) 561-3250
*Telephone Number*

(213) 561-3244
*Fax Number*

edupler@cooley.com
*E-Mail Address*

of

Cooley LLP
355 S. Grand Ave, Suite 900
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge