# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA ex rel. DAVID S. PHILLIPS and BEN CHAIB,

Plaintiff(s)

v.

LOS ANGELES FILM SCHOOL, LLC et al.,

Defendant(s).

CASE NUMBER

2:24-CV-05214-SB-RAOx

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** [34]

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Mills, David E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 842-7800
*Telephone Number*

(202) 842-7899
*Fax Number*

dmills@ccooley.com
*E-Mail Address*

of

Cooley LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004-2400
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

LOS ANGELES FILM SCHOOL, LLC; FULL SAIL, LLC d/b/a FULL SAIL UNIVERSITY; JAMES W. HEAVENER

*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

and designating as Local Counsel

Dupler, Ellie R.
*Designee's Name (Last Name, First Name & Middle Initial)*

337607
*Designee's Cal. Bar No.*

(213) 561-3250
*Telephone Number*

(213) 561-3244
*Fax Number*

edupler@cooley.com
*E-Mail Address*

of

Cooley LLP
355 S. Grand Ave, Suite 900
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated  09/19/2025

*/s/ JBJ*

Hon. Stanley Blumenfeld, Jr., U.S. District Judge

G-64 ORDER (5/16)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1