1  Mark Kleiman (SBN 115919)
2  mark@krlaw.us
3  Pooja Rajaram (SBN 241777)
   pooja@krlaw.us
4  KLEIMAN / RAJARAM
   12121 Wilshire Blvd., Ste. 810
5  Los Angeles, CA  90025
6  Tel: 310-392-5455 / Fax: 310-306-8491

7  *Attorneys for Plaintiffs/Relators*
8  *David S. Phillips and Ben Chaib*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DAVID S. PHILLIPS and BEN CHAIB,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES FILM SCHOOL, LLC; FULL SAIL, LLC D/B/A FULL SAIL UNIVERSITY; JAMES W. HEAVENER; DIANA DERYCZ-KESSLER; PAUL KESSLER; and DOES 1-10,<br><br>Defendants. | Case No. 2:24-cv-05214-SB-RAOx<br><br>**RELATOR'S SUPPLEMENTAL RULE 26(F) REPORT**<br><br>[Fed. R. Civ. P. 26(f) and L.R. 26-1] |

Pursuant to this Court's Order of September 30, 2025, Relator's report that the FOIA action discussed is titled <u>Mark Kleiman v. United States Department of Education, et al</u>. and bears the case number 2:24-cv-06051-JGB-AJR.

Dated: October 1, 2025

Respectfully submitted,

**KLEIMAN / RAJARAM**

BY: */s/ Mark Kleiman*
    Mark Kleiman

Mark Kleiman (SBN 115919)
Pooja Rajaram (SBN 241777)
mark@krlaw.us
pooja@krlaw.us
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA 90025
Tel: 310-392-5455
Fax: 310-306-8491

*Attorneys for Relators David S. Phillips and Ben Chaib*