BRADLEY J. BONDI
bradbondi@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DAVID S. PHILLIPS and BEN CHAIB,<br><br>Plaintiff(s)<br>v.<br>LOS ANGELES FILM SCHOOL, LLC et al.,<br><br>Defendant(s). | CASE NUMBER<br>2:24-CV-05214-SB-RAO<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Bondi, Bradley J.   of   PAUL HASTINGS LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*     2050 M Street NW
(202) 551-1700   (202) 551-1705                    Washington, DC 20036
*Telephone Number*   *Fax Number*
bradbondi@paulhastings.com
*E-Mail Address*                                   *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Paul Kessler and Diana Derycz-Kessler

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:* _____

and designating as Local Counsel
Carlton, Daniel S.   of   Paul Hastings LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    515 S Flower St,
239151   (213) 683-6000   (213) 627-0705           Fl 25,
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*   Los Angeles, CA 90071
scottcarlton@paulhastings.com
*E-Mail Address*                                   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____   _____
                                U.S. District Judge/U.S. Magistrate Judge