Bradley J. Bondi (*pro hac vice*)
Nicholas J. Griepsma (SB# 321843)
Lawrence E. Slusky (*pro hac vice pending*)
bradbondi@paulhastings.com
nicholasgriepsma@paulhastings.com
lawrenceslusky@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

D. Scott Carlton (SB# 239151)
scottcarlton@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Gina Cora (*pro hac vice pending*)
ginacora@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY, 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Attorneys for Defendants Paul Kessler and Diana Derycz-Kessler*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DAVID S. PHILLIPS and BEN CHAIB,<br><br>*Plaintiffs*,<br><br>vs.<br><br>LOS ANGELES FILM SCHOOL, LLC; FULL SAIL, LLC, D/B/A FULL SAIL UNIVERSITY; JAMES W. HEAVENER; DIANA DERYCZ-KESSLER; PAUL KESSLER; *and* DOES 1-10,<br><br>*Defendants*. | No. 2:24-cv-5214 SB (RAOx)<br><br>**DEFENDANTS DIANA DERYCZ-KESSLER AND PAUL KESSLER'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**Hearing**<br><br>**Date**: January 23, 2026<br>**Time**: 8:30 a.m.<br>**Courtroom**: 6C<br>Hon. Stanley Blumenfeld, Jr., Presiding<br><br>*Memorandum of Points & Authorities, Local Rule 7-3 Declaration, and Proposed Order filed concurrently herewith* |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on January 23, 2026 at 8:30 a.m., or as soon thereafter as counsel may be heard in the courtroom of the Honorable Stanley Blumenfeld, Jr., located at the U.S. Courthouse, 350 West First Street, Los Angeles, California 90012, Diana Derycz-Kessler and Paul Kessler (collectively the "Kesslers"), will, and hereby do, move the Court pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss all claims asserted against them with prejudice.

This motion is based on this notice of motion and motion, the accompanying memorandum in support, and the Declaration of Gina Cora pursuant to Local Rule 7-3, all filed and served concurrently herewith, the pleadings, records, Court's file in this action, and any such other matters as may be presented to the Court at the time of hearing.

Dated:  November 14, 2025           Respectfully submitted,

                                    PAUL HASTINGS LLP


                                    By: /s/ D. Scott Carlton
                                        Bradley J. Bondi (*pro hac vice*)
                                        D. Scott Carlton
                                        Gina Cora (*pro hac vice pending*)
                                        Nicholas J. Griepsma
                                        Lawrence E. Slusky (*pro hac vice pending*)

                                    *Attorneys for Defendants Diana Derycz-Kessler and Paul Kessler*