JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES FILM SCHOOL LLC et al.,<br><br>Defendants. | Case No. 2:24-cv-05214-SB-RAO<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order dismissing the Second Amended Complaint entered this date, it is ordered and adjudged that Relators David Phillips and Ben Chaib's claims are dismissed with prejudice.

The Court retains jurisdiction to oversee compliance with the Rule 11 sanctions it has imposed. *See Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 395–96 (1990) (jurisdiction to impose Rule 11 sanctions is ancillary and survives dismissal of a case).

This is a final judgment.

Date: October 23, 2026

Stanley Blumenfeld, Jr.
United States District Judge